UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

03 - 12494 PBS

CIVIL ACTION NO.

*************************************

BLAS SOLAS,
    Plaintiff

MAGISTRATE JUDGE Bowler

vs.

KIKUKAWA IRON WORKS, INC.,
and
KOCH MACHINERY AND SYSTEMS,
Formerly known as
LEWYN MACHINERY, INC.,
and
ALLIANCE MACHINERY, INC.,
and
ABC CORPORATION,
A Fictitious Name,
    Defendants

COMPLAINT AND DEMAND
FOR JURY TRIAL

*************************************

## JURISDICTION

1. The Plaintiff Blas Solas is an adult citizen and permanent resident of the State of California, currently residing at 1245 Eubank, Wilmington, California 90744;

2. The Defendant Kikukawa Iron Works, Inc. [hereinafter "Kikukawa"] is a foreign corporation with its principal place of business in 85 Ominato-cho, Ise-city, Mie-pref., Japan, and doing business in the United States.

3. The Defendant Koch Machinery and Systems, Inc., formerly known as Lewyn Machinery [hereinafter "Lewyn"] is a Georgia corporation doing business at 300 Lake Ridge Drive, Smyrna, Georgia and having its principal place of business therein.

4. The Defendant Alliance Machinery, Inc.[hereinafter "Alliance"] is a Massachusetts corporation located at 34-C Street, Martin Drive, Marlborough, Massachusetts and having its principal place of business located therein.

5. The Defendant ABC Corporation, a fictitious name, [hereinafter "ABC"] is a foreign corporation having its principal place of business in a state and country other than those of the aforementioned parties.

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

6. Jurisdiction is based on diversity of citizenship, and the amount in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00);

7. Personal jurisdiction over the Defendant Kikukawa, the Defendant Lewyn, the Defendant Alliance, and the Defendant ABC Corporation, is conferred through the Massachusetts Long Arm statute, M.G.L. Ch. 223(a), sec. 3, *et seq*.

8. The Plaintiff's cause of action arises from the actions of the Defendant Kikukawa, the Defendant Lewyn, the Defendant Alliance, and the Defendant ABC Corporation in that they were (1) transacting business in the Commonwealth of Massachusetts; and (2) contracting to supply services or things in the Commonwealth; and (3) causing tortious injury in this Commonwealth by an act or omission occurring in the Commonwealth; and (4) regularly doing business or soliciting business or engaging in the persistent course of conduct and/or deriving substantial revenue from goods used or consumed in this Commonwealth.

## COUNT I

1. At all times mentioned hereinafter, the Defendant Kikukawa was engaged in the business of designing, manufacturing, inspecting, testing, packaging, marketing, and distributing a line of products known as IMC Woodworking Machinery, and most specifically, Model RP-12 Rip Saw, serial number 3219-2 [hereinafter "Rip Saw"].

2. At all times mentioned hereinafter, the Defendant ABC Corporation was engaged in the business of designing, manufacturing, inspecting, testing, packaging, marketing, and distributing either directly on its own behalf or on behalf of the Defendant Kikukawa part or all of Rip Saw.

3. At all times mentioned hereinafter, the Defendant Lewyn was engaged in the business of selling and servicing Rip Saw through the stream of commerce to the Defendant Alliance.

4. At all times mentioned hereinafter, the Defendant Alliance was engaged in the business of selling and servicing Rip Saw to the Plaintiff's employer Woodsmith's, Inc. [hereinafter "Woodsmith's"].

5. On or about December 19, 2000, the Plaintiff Blas Solas was employed by Woodsmith's a Massachusetts corporation with its principal place of business at 28 Village Common Drive, East Falmouth, Massachusetts.

6. Prior to December 19, 2000, Woodsmith's had purchased Rip Saw from Alliance.

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

-2-

7. On or about December 19, 2000, while using due care, Plaintiff was handling and/or utilizing Rip Saw when the safety device holding the wood in place failed, thereby causing a piece of wood to be propelled backward, impaling the Plaintiff in the abdomen, causing severe injuries to Plaintiff.

8. The Defendant Kikukawa was negligent in the design, manufacture, inspection, testing, packaging, marketing, and distribution of Rip Saw.

9. The Defendant ABC Corporation was negligent in the design, manufacture, inspection, testing, packaging, marketing, and distribution of Rip Saw either in part or in whole..

10. The Defendant Kikukawa, or in the alternative, the Defendant ABC, was further negligent in the inspection, marketing, and sale of Rip Saw to the public and specifically to Defendant Lewyn.

11. The Defendant Lewyn was negligent in the inspection, marketing, and sale of Rip Saw to Defendant Alliance.

12. The Defendant Alliance was negligent in the inspection, marketing, and sale of Rip Saw to Plaintiff's employer Woodsmith's.

13. The Defendants, jointly and severally, were negligent in placing said product in the channels of trade when the Defendants knew or should have known, in the exercise of reasonable care, that said product was dangerous and defective in nature and manufacture, or in a dangerous and defective condition, and were further negligent in placing said product in the channels of trade in a manner which the Defendants foresaw or, with the exercise of reasonable care, should have foreseen, would probably carry said product into contact with a person such as the Plaintiff Blas Solas, who was ignorant of its dangerous and defective nature and condition, and were further negligent in failing to use reasonable care to prevent injury to persons such as the Plaintiff Blas Solas.

14. As a direct and proximate result of the negligent acts of the Defendants as aforesaid, the Plaintiff Blas Solas was caused to suffer severe painful bodily injuries including but not limited to the following: right groin impalement by a wooden splinter causing transection of the common femoral vein, and these injuries have caused him to undergo multiple diagnostic procedures, hospitalizations, operations, and care by various physicians, all of which have been painful and incapacitating, thereby causing him to incur multiple permanent scars, to lose employment, to restrain him from the normal activities of living, and to endure physical, emotional and mental pain and suffering. As a direct consequence of these injuries, Plaintiff Blas Solas has become permanently physically impaired and disabled and will, in the future, continue to be impaired and disabled, continue to endure physical, emotional, and mental pain and

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

-3-

suffering, continue to lose employment and to be restrained from the normal activities of living, and continue to require future medical care and treatment.

WHEREFORE, the Plaintiff Blas Solas demand judgment jointly, severally, or in the alternative, against the Defendants Kikukawa, Lewyn, Alliance, and ABC Corporation for damages, interests, and costs of the suit.

## COUNT II

1. The Plaintiff Blas Solas repeats and incorporates the allegations of Count I herein as if set forth at length.

2. The Defendants jointly and or severally were negligent in placing Rip Saw in the channels of trade when the Defendants knew or should have known, with the exercise of reasonable care, that the potential user of Rip Saw would stand behind the blade while feeding same, thus exposing the potential user of Rip Saw to the trajectory of travel of any wood which would be propelled backward by the motion of the blade and failed to warn the potential user of the aforesaid hazards of Rip Saw, although Defendants knew or should have known that, without such warning, said Rip Saw would cause injury to the potential user who, in this case, was Plaintiff Blas Solas.

3. As a direct and proximate result of the negligent acts of the Defendants as aforesaid, the Plaintiff Blas Solas was caused to suffer severe painful bodily injuries including but not limited to the following: right groin impalement by a wooden splinter causing transection of the common femoral vein, and these injuries have caused him to undergo multiple diagnostic procedures, hospitalizations, operations, and care by various physicians, all of which have been painful and incapacitating, thereby causing him to incur multiple permanent scars, to lose employment, to restrain him from the normal activities of living, and to endure physical, emotional and mental pain and suffering. As a direct consequence of these injuries, Plaintiff Blas Solas has become permanently physically impaired and disabled and will, in the future, continue to be impaired and disabled, continue to endure physical, emotional, and mental pain and suffering, continue to lose employment and to be restrained from the normal activities of living, and continue to require future medical care and treatment.

WHEREFORE, the Plaintiff Blas Solas demand judgment jointly, severally, or in the alternative, against the Defendants Kikukawa, Lewyn, Alliance, and ABC Corporation for damages, interests, and costs of the suit.

## COUNT III

1. The Plaintiff Blas Solas repeats and incorporates the allegations of Counts I-II herein as if set forth at length.

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

-4-

2   Defendants jointly and or severally were negligent in placing Rip Saw in the channels of trade when the Defendants knew or should have known, with the exercise of reasonable care, that the potential user of Rip Saw would stand behind the blade while feeding same, thus exposing the potential user of Rip Saw to the trajectory of travel of any wood which would be propelled backward by the motion of the blade and failed to use reasonable care to prevent injuries to such users of Rip Saw, including the Plaintiff Blas Solas

3   As a direct and proximate result of the negligent acts of the Defendants as aforesaid, the Plaintiff Blas Solas was caused to suffer severe painful bodily injuries including but not limited to the following: right groin impalement by a wooden splinter causing transection of the common femoral vein, and these injuries have caused him to undergo multiple diagnostic procedures, hospitalizations, operations, and care by various physicians, all of which have been painful and incapacitating, thereby causing him to incur multiple permanent scars, to lose employment, to restrain him from the normal activities of living, and to endure physical, emotional and mental pain and suffering. As a direct consequence of these injuries, Plaintiff Blas Solas has become permanently physically impaired and disabled and will, in the future, continue to be impaired and disabled, continue to endure physical, emotional, and mental pain and suffering, continue to lose employment and to be restrained from the normal activities of living, and continue to require future medical care and treatment.

WHEREFORE, the Plaintiff Blas Solas demand judgment jointly, severally, or in the alternative, against the Defendants Kikukawa, Lewyn, Alliance, and ABC Corporation for damages, interests, and costs of the suit.

## COUNT IV

1   The Plaintiff Blas Solas repeats and incorporates the allegations of Counts I-III herein as if set forth at length.

2   The Defendants jointly and/or severally, expressly and implicitly warranted to the public, and to the Plaintiff Blas Solas in particular, that Rip Saw was safe, merchantable, and fit for the ordinary purpose for which it was intended and to which purpose Plaintiff was using Rip Saw on December 19, 2000..

3   The Defendants jointly and/or severally breached their warranties to the Plaintiff because said Rip Saw was unsafe, not merchantable, and not fit for the ordinary purpose for which it was intended in that persons using Rip Saw would be subjected to the trajectory of the wood being propelled backward from the saw blade while being

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

-5-

used in an ordinary and foreseeable manner.

4. Due notice has been given to the Defendants of their breach of warranties.

5. As a direct result of the Defendants having breached their warranties as aforesaid, the Plaintiff Blas Solas was caused to suffer severe painful bodily injuries including but not limited to the following: right groin impalement by a wooden splinter causing transection of the common femoral vein, and these injuries have caused him to undergo multiple diagnostic procedures, hospitalizations, operations, and care by various physicians, all of which have been painful and incapacitating, thereby causing him to incur multiple permanent scars, to lose employment, to restrain him from the normal activities of living, and to endure physical, emotional and mental pain and suffering. As a direct consequence of these injuries, Plaintiff Blas Solas has become permanently physically impaired and disabled and will, in the future, continue to be impaired and disabled, continue to endure physical, emotional, and mental pain and suffering, continue to lose employment and to be restrained from the normal activities of living, and continue to require future medical care and treatment.

WHEREFORE, the Plaintiff Blas Solas demand judgment jointly, severally, or in the alternative, against the Defendants Kikukawa, Lewyn, Alliance, and ABC Corporation for damages, interests, and costs of the suit.

## COUNT V

1. The Plaintiff Blas Solas repeats and incorporates the allegations of Counts I-IV herein as if set forth at length.

2. The Plaintiff's injury was the direct and proximate result of the Defendants' willful, wanton, reckless, and grossly negligent conduct.

3. The Defendant Kikukawa willfully, wantonly, recklessly, and with gross negligence designed, manufactured, tested, inspected, packaged, marketed, and distributed Rip Saw.

4. The Defendant ABC Corporation willfully, wantonly, recklessly, and with gross negligence designed, manufactured, tested, inspected, packaged, marketed, and distributed Rip Saw.

5. The Defendant Lewyn willfully, wantonly, recklessly, and with gross negligencetested, inspected, packaged, marketed, distributed, and serviced Rip Saw.

6. The Defendant Alliance willfully, wantonly, recklessly, and with gross negligence inspected and maintained Rip Saw.

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P.O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

-6-

7   The Defendant Kikukawa and/or alternatively the Defendant ABC Corporation willfully, wantonly, recklessly, and with gross negligence inspected, marketed, and sold Rip Saw to the public.

8   The Defendants jointly and severally did willfully, wantonly, recklessly, and with gross negligence place Rip Saw in the channels of trade when the Defendants knew or should have known, with the exercise of reasonable care, that the ripsaw was dangerous and defective in nature and manufacture or was in a dangerous and defective condition, and as aforesaid, placed Rip Saw in the channels of trade in a manner in which the Defendants foresaw or, but for their conduct, should have foreseen that said Rip Saw would have come in contact with persons such as the Plaintiff Blas Solas who was ignorant of its dangerous and defective nature and condition and the Defendants, as aforesaid, failed to use reasonable care to prevent injury to persons such as the Plaintiff Blas Solas.

9   As a direct and proximate result of the willfull, wanton, reckless, and grossly negligent acts of the Defendants as aforesaid, the Plaintiff Blas Solas was caused to suffer severe painful bodily injuries including but not limited to the following: right groin impalement by a wooden splinter causing transection of the common femoral vein, and these injuries have caused him to undergo multiple diagnostic procedures, hospitalizations, operations, and care by various physicians, all of which have been painful and incapacitating, thereby causing him to incur multiple permanent scars, to lose employment, to restrain him from the normal activities of living, and to endure physical, emotional and mental pain and suffering. As a direct consequence of these injuries, Plaintiff Blas Solas has become permanently physically impaired and disabled and will, in the future, continue to be impaired and disabled, continue to endure physical, emotional, and mental pain and suffering, continue to lose employment and to be restrained from the normal activities of living, and continue to require future medical care and treatment.

WHEREFORE, the Plaintiff Blas Solas demand judgment jointly, severally, or in the alternative, against the Defendants Kikukawa, Lewyn, Alliance, and ABC Corporation for damages, interests, and costs of the suit.

## COUNT VI

1   The Plaintiff Blas Solas repeats and incorporates the allegations of Count I-V herein as if set forth at length.

2   The Defendants jointly and severally did willfully, wantonly, recklessly and with gross negligence fail to warn and/or instruct potential users of the ripsaw such as Blas Solas of the inherently dangerous and defective condition of Rip Saw and its ability to propel wood backward from the saw blade directly into the body of a user of the ripsaw who

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

-7-

would be feeding the wood into Rip Saw and further, the Defendants willfully, wantonly, recklessly, and with gross negligence failed to adequately or specifically instruct potential users such as Blas Solas regarding the safe use of Rip Saw .

3    As a direct result of the willfull, wanton, reckless, and grossly negligent conduct of the Defendants as aforesaid, the Plaintiff Blas Solas was caused to suffer severe painful bodily injuries including but not limited to the following: right groin impalement by a wooden splinter causing transection of the common femoral vein, and these injuries have caused him to undergo multiple diagnostic procedures, hospitalizations, operations, and care by various physicians, all of which have been painful and incapacitating, thereby causing him to incur multiple permanent scars, to lose employment, to restrain him from the normal activities of living, and to endure physical, emotional and mental pain and suffering. As a direct consequence of these injuries, Plaintiff Blas Solas has become permanently physically impaired and disabled and will, in the future, continue to be impaired and disabled, continue to endure physical, emotional, and mental pain and suffering, continue to lose employment and to be restrained from the normal activities of living, and continue to require future medical care and treatment.

WHEREFORE, the Plaintiff Blas Solas demand judgment jointly, severally, or in the alternative, against the Defendants Kikukawa, Lewyn, Alliance, and ABC Corporation for damages, interests, and costs of the suit.

## COUNT VII

1.   The Plaintiff Blas Solas repeats and incorporates the allegations of Count I-V herein as if set forth at length.

2    The Defendants are strictly liable to the Plaintiff in that they placed a product into the channels of trade which was defectively designed and manufactured, which defective design and manufacture rendered Rip Saw an inherently dangerous and defective product, which product caused injury to the Plaintiff as aforesaid.

3    As a direct and proximate result of the strict liability of the Defendants as aforesaid, the Plaintiff Blas Solas was caused to suffer severe painful bodily injuries including but not limited to the following: right groin impalement by a wooden splinter causing transection of the common femoral vein, and these injuries have caused him to undergo multiple diagnostic procedures, hospitalizations, operations, and care by various physicians, all of which have been painful and incapacitating, thereby causing him to incur multiple permanent scars, to lose employment, to restrain him from the normal activities of living, and to endure  physical, emotional and mental pain and suffering.  As a direct consequence of these  injuries, Plaintiff Blas Solas has become

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

permanently physically impaired and disabled and will, in the future, continue to be impaired and disabled, continue to endure physical, emotional, and mental pain and suffering, continue to lose employment and to be restrained from the normal activities of living, and continue to require future medical care and treatment.

WHEREFORE, the Plaintiff Blas Solas demand judgment jointly, severally, or in the alternative, against the Defendants Kikukawa, Lewyn, Alliance, and ABC Corporation for damages, interests, and costs of the suit.

Plaintiff demands trial by a jury of twelve.

Dated: December 7, 2003

By:  Law Offices of
Aiken & Aiken, P.C.

Paul R. Aiken, Esq.
83 Main Street
P.O. Box 2938
Hyannis, MA 02601
508 771-2266
BBO No.: 013420

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

-9-