UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12494PBS

*************************************
BLAS SOLAS,                         *
    Plaintiff                      *
                                    *
vs.                                 *
                                    *
KIKUKAWA IRON WORKS, INC.,          *
and                                 *
KOCH MACHINERY AND SYSTEMS,         *
Formerly known as                   *   PLAINTIFF'S MOTION TO
LEWYN MACHINERY, INC.,              *   EXTEND TIME FOR SERVICE
and                                 *   OF PROCESS PURSUANT TO
ALLIANCE MACHINERY, INC.,           *   F.R.C.P 4(m)
and                                 *
ABC CORPORATION,                    *
A Fictitious Name,                  *
    Defendants                     *
*************************************

    Now comes the Plaintiff in the above-captioned matter and hereby moves this Honorable Court for an extension of time to effect service on all the Defendants, including but not limited to Kikukawa Iron Works, Inc. Plaintiff states in support of this motion that the complaint was filed in this case on or about December 8, 2003. Since that time, Plaintiff has been negotiating with counsel for the Defendant Kikukawa Iron Works, Inc. in an attempt to resolve this matter. Plaintiff has also been attempting to negotiate with the worker's compensation insurance company, who also is involved in this litigation, as this case arose out of an incident at work. Plaintiff states that while significant progress has been made in both areas, unfortunately the matter cannot be resolved within the prescribed time frame for service of process; and, therefore, Plaintiff seeks additional time to make service on the foreign Defendant in this matter.

    Plaintiff also asks this court in the accompanying motion to allow service of process by a special appointee appointed by this court in order to effectuate service more efficiently. Based upon information and belief, it is expected that an additional 16 to 20 weeks will be needed in order to effect service on the Japanese Defendant in this case.

    Wherefore, Plaintiff asks this Honorable Court to extend the time for service of process on the Defendant to an additional 20 weeks or until October 1, 2004.

Dated: 4/26/04

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

Law Offices of
Aiken & Aiken, P.C.

By: _____
Paul R. Aiken, Esq.
83 Main Street
P.O. Box 2938
Hyannis, MA 02601
508 771-2266
BBO No.: 013420

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

-2-