UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  03CV12494PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BLAS SOLAS,
    Plaintiff

vs.

KIKUKAWA IRON WORKS, INC.,
and
KOCH MACHINERY AND SYSTEMS,
Formerly known as
LEWYN MACHINERY, INC.,
and
ALLIANCE MACHINERY, INC.,
and
ABC CORPORATION,
A Fictitious Name,
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF'S MOTION TO APPOINT SPECIAL PROCESS SERVER PRUSUANT TO F.R.C.P. 4.1

    Now comes the Plaintiff in the above-captioned matter and hereby moves this Honorable Court for an Order allowing service of process to be made in this case by APS International, LTD.  Plaintiff states in support of this motion that Plaintiff's counsel has contacted APS International, LTD, and has been advised by them that they are willing and able to make such service and are familiar with service pursuant to the Hague Convention as well as U.S. treaties and other international agreements.

Dated: 4/26/04

Law Offices of
Aiken & Aiken, P.C.

By: _____
Paul R. Aiken, Esq.
83 Main Street
P.O. Box 2938
Hyannis, MA 02601
508 771-2266
BBO No.: 013420

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266