UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12494PbS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BLAS SOLAS,
    Plaintiff

vs.

KIKUKAWA IRON WORKS, INC.,
and
KOCH MACHINERY AND SYSTEMS,
Formerly known as
LEWYN MACHINERY, INC.,
and
ALLIANCE MACHINERY, INC.,
and
ABC CORPORATION,
A Fictitious Name,
    Defendants

**PLAINTIFF'S RENEWED MOTION TO EXTEND TIME FOR SERVICE OF PROCESS PURSUANT TO F.R.C.P. 4(m)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Now comes the Plaintiff in the above-captioned matter and hereby moves this Honorable Court for a further extension of time beyond the thirty days previously granted by this Honorable Court in its Order filed on May 5, 2004. Plaintiff states in support of this motion that APS International, the entity given permission by this court to make service of process, has informed Plaintiff in its correspondence dated April 14, 2004, a copy of which is enclosed and attached hereto and labeled Exhibit A, that "service normally takes 12 - 16 weeks."

    Plaintiff further states that due to the complexity of making service on an international defendant, he will not be successful in completing this service unless the appropriate amount of time recommended by APS International is granted by this court. Plaintiff further states that while is he close to a settlement in this claim, it is anticipated that several more months of negotiation will be necessary to complete the underlying worker's compensation claim. Plaintiff is seeking this additional time for service of process in order to not only effectuate service but to allow sufficient time to settle both the worker's compensation claim and this claim currently pending with this court.

    Wherefore, Plaintiff prays this Honorable Court to grant a further extension of time to September 11, 2004, to make service on the Defendant.

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

Dated: 5/11/04

                                                                      Law Offices of
                                                                      Aiken & Aiken, P.C.

By: _____
          Paul R. Aiken, Esq.
          83 Main Street
          P.O. Box 2938
          Hyannis, MA 02601
          508 771-2266
          BBO No.: 013420

LAW OFFICES OF
AIKEN & AIKEN, P.C.
83 MAIN STREET
P. O. BOX 2938
HYANNIS, MA 02601

(508) 771-2266

-2-