UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12494NMG

BLAS SOLAS,
    Plaintiff

v.

KIKUKAWA IRON WORKS, INC.,
KOCH MACHINERY AND SYSTEMS,
Formerly Known As
LEWYN MACHINERY, INC.,
ALLIANCE MACHINERY, INC., and
ABC CORPORATION,
A Fictitious Name,
    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Defendant, Kikukawa Iron Works, Inc. ("Kikukawa") and the Plaintiff, Blas Solas ("Solas"), hereby stipulate and agree that this matter be dismissed with prejudice and without costs each party to bear his or its own attorneys' fees and costs and waiving any right of appeal.

WHEREFORE, the parties hereby request that this Court dismiss Solas' Complaint.

| Plaintiff | Defendant |
|---|---|
| Blas Solas | Kikukawa Iron Works, Inc. |
| By his Attorneys, | By its Attorneys, |
| /s/ | /s/ |
| Paul R. Aiken, Esq., BBO #013420 | Geoffrey M. Coan, BBO #641998 |
| Aiken & Aiken, P.C. | WILSON, ELSER, MOSKOWITZ, |
| 83 Main Street | EDELMAN & DICKER LLP |
| P.O. Box 2938 | 155 Federal Street |
| Hyannis, MA 02601 | Boston, MA 02110 |
| (508) 771-2266 | (617) 422-5300 |

### CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that on this 8th day of February, 2005 I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.

/s/
Geoffrey M. Coan

33595.2